Najla Zaidi
4886 Santo Drive
Oak Park, CA 91377
805 405-7144 nzaidi6@gmail.com
Plaintiff in Pro Per

FILED
2018 OCT 17 PM 2:17
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____
VPC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Najla Zaidi, <br>    Plaintiff, <br> vs. <br> Viacom, International Media Networks; Viacom, Inc, Nickelodeon Animation Studios, Nickelodeon Junior and Does 1-100, inclusive <br>    Defendants. | Case No.: 2:18-cv-07450-SJO-RAO <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF THE ENTIRE ACTION, WITHOUT PREJUDICE, PURSUANT TO RULE 41** |

TO THIS HONORABLE COURT:

Plaintiff NAJLA ZAIDI, in pro per, hereby voluntarily dismisses this entire action, without prejudice, pursuant to Fed. R. Civ. P., Rule 41(a)(1)(A); all causes of action against all defendants, including all DOE defendants, are voluntarily dismissed without prejudice. No defendants have been served nor have they appeared, as required under Fed. R. Civ. P., Rule 41, et seq.

Respectfully submitted,

1
VOLUNTARY DISMISSAL OF THE ENTIRE ACTION, WITHOUT PREJUDICE, PURSUANT TO RULE 41

Signed: _____  Dated: 10-17-18
NAJLA ZAIDI, IN PRO PER