AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **CV18-7450**-CAS (RAO<sub>x</sub>)<br>REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION ☐ APPEAL | COURT NAME AND LOCATION<br>Edward R Roybal Federal Building & US State Courthouse<br>255 E. Temple Street<br>Los Angeles, CA 90012-3332 | |
|---|---|---|
| DOCKET NO. | DATE FILED<br>8/23/2018 | |
| PLAINTIFF<br>Najla Zaidi | DEFENDANT<br>Viacom, International Media Networks, Viacom, Inc. Nickelodeon Animation Studios, Nickelodeon Junior and Does 1-100 inclusive | |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1  PAu 3-666-802 | Kazzak! | Najla Zaidi |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

FILED
CLERK, U.S. DISTRICT COURT
8/24/2018
CENTRAL DISTRICT OF CALIFORNIA
BY: ER  DEPUTY

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☒ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☒ No | DATE RENDERED<br>10/29/18 |
|---|---|---|
| CLERK<br>Kiry Gray | (BY) DEPUTY CLERK<br>L Chai | DATE<br>10/29/18 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), X mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Najla Zaidi
4886 Santo Drive
Oak Park, CA 91377
805 405-7144 nzaidi6@gmail.com
Plaintiff in Pro Per

FILED
2018 OCT 17 PM 2:17
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____
VPC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Najla Zaidi,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Viacom, International Media Networks; Viacom, Inc, Nickelodeon Animation Studios, Nickelodeon Junior and Does 1-100, inclusive<br><br>　　　　Defendants. | Case No.: 2:18-cv-07450-SJO-RAO<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF THE ENTIRE ACTION, WITHOUT PREJUDICE, PURSUANT TO RULE 41** |

TO THIS HONORABLE COURT:

Plaintiff NAJLA ZAIDI, in pro per, hereby voluntarily dismisses this entire action, without prejudice, pursuant to Fed. R. Civ. P., Rule 41(a)(1)(A); all causes of action against all defendants, including all DOE defendants, are voluntarily dismissed without prejudice. No defendants have been served nor have they appeared, as required under Fed. R. Civ. P., Rule 41, et seq.

Respectfully submitted,

Signed: _[signature]_  Dated: 10-17-18
NAJLA ZAIDI, IN PRO PER

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES - GENERAL

Priority
Send
Enter
Closed
JS-5/JS-6
Scan Only

| | |
|---|---|
| **CASE NO.:** CV 18-07450 SJO (RAOx) | **DATE:** October 29, 2018 |

**TITLE:** <u>Najla Zaidi v. Viacom, International Media Networks et al</u>

========================================================================

**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Cruz
Courtroom Clerk

Not Present
Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**

Not Present

**COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present

========================================================================

**PROCEEDINGS:** IN CHAMBERS

The Court is in receipt of the Notice of Voluntary Dismissal of the Entire Action without prejudice filed 10/17/2018 . Accordingly, the Court Orders that this matter shall be dismissed pursuant to the Notice of Voluntary Dismissal.